UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERN S. SYKES,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PATRICK HEDGES, et al.,<br><br>　　　Defendants. | NO. CV 07-7488-JSL (AGR)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On November 27, 2007, Plaintiff, a civil detainee proceeding *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.

On November 30, 2007, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order"). The Order set forth the deficiencies in Plaintiff's complaint and ordered that if Plaintiff chooses to file a First Amended Complaint, it must be filed no later than 30 days from the date of the Order, December 30, 2007. The Order warned that "[i]f Plaintiff fails to timely file a First Amended Complaint or fails to remedy the deficiencies of his complaint as discussed in this Order, the Court may dismiss the action without prejudice for failure to prosecute

///

and/or failure to comply with a court order (s*ee* Fed. R. Civ. P. 41(b)), and/or failure to state a claim."

To date, Plaintiff has not filed a First Amended Complaint and has not otherwise responded to the Court's Order dated November 30, 2007.

Accordingly, IT IS ORDERED that, on or before **February 18, 2008**, Plaintiff shall show good cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute, failure to comply with a court order and/or failure to state a claim. ***Filing a First Amended Complaint on or before February 18, 2008, shall be deemed compliance with this Order to Show Cause.***

***If plaintiff does not timely file a First Amended Complaint or if Plaintiff fails to respond to this Order to Show Cause, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute and/or failure to comply with a court order.*** See *Link v. Wabash R.R.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

Date: January 16, 2008

ALICIA G. ROSENBERG
United States Magistrate Judge