FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LAVERN S. SYKES, | No. CV 07-7488-JSL (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PATRICK HEDGES, et al., | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the action in this matter is denied and dismissed without prejudice for failure to prosecute.

DATED: April 17, 2008

_Spencer Letts_
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE